| | |
|---|---|
| JEFFREY S. DUBIN, P.C. | TELEPHONE |
| 464 NEW YORK AVENUE | (631) 351-0300 |
| SUITE 100 | TELECOPIER |
| HUNTINGTON, NEW YORK 11743 | (631) 351-1900 |
| | INTERNET |
| Jeffrey S. Dubin | DubinJS@cs.com |

November 15, 2022
By ECF Only

**Hon. Vernon Broderick**
United States District Court
Southern District of New York

Re:   *Fred Alston, as a Trustee, et al*
        *v. 1699 New York Ave Parking LLC*
        Civil Action No. 22 Civ. 7007 (VSB)

Dear Judge Broderick:

I am the attorney for the plaintiffs. This matter has been settled between the parties and a Rule 41(a)(2) Voluntary Dismissal has been filed with the Court. In light of this settlement, we respectfully request that the default motion conference scheduled for November 18, 2022, at 10:00 a.m., be canceled.

Very truly yours,

/s/ Jeffrey S. Dubin

cc: defendant, by E Mail

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J. 11/16/2022

The conference currently scheduled for November 18, 2022 at 10:00 a.m. is adjourned *sine die*. However, the plaintiff shall submit a revised stipulation of voluntary dismissal, (Doc. 22), clarifying whether this action is dismissed because the parties have reached a settlement or because the defendant failed to appear or answer.